1   Dennis N. Lueck, Jr. (SBN 292414)
    dlueck@hinshawlaw.com
2   HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
3   San Francisco, CA 94111
    Telephone: (415) 362-8118
4   Facsimile: (415) 834-9020

5

6   Attorneys for Defendant GILA, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SCOTTIE THOMPSON,                      Case No. 2:20-cv-00068
                                           Superior Court of California –
12               Plaintiff,                County of Los Angeles
                                           Case No.: 19STSC12619
13       vs.
                                           (Honorable _____,
14  GILA, LLC, a limited liability company, Courtroom "___")

15               Defendant.                **NOTICE OF REMOVAL**
                                           **PURSUANT TO 28 U.S.C. §§ 1331,**
16                                         **1367, 1441, AND 144**

17                                         Removal Filed:   1/3/20
                                           Motion Cut-Off:      Not Set
18                                         Discovery Cut-Off:   Not Set

19

20

21  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

22       1.      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Gila, LLC

23  ("Gila"), hereby removes to this Court the above-captioned action from the Superior

24  Court for the State of California, County of Los Angeles.  In support of this Notice

25  of Removal, Gila states the following:

26  I.   **STATEMENT OF THE CASE**

27       1.      On or about November 13, 2019, Plaintiff SCOTTIE THOMPSON

28  ("Plaintiff") filed a civil complaint against Gila in the Superior Court for the State of

                                    1

1027034\304911836.v1

California, County of Los Angeles, styled as *Scottie Thompson v. Gila, LLC,* Case No. 19STSC12619.  A true and accurate copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2.      Plaintiff's Complaint alleges Gila violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x ("FCRA"),[1] and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., ("FDCPA") for "duplicate debt collectors for same debt."  (Complaint.)

## II.    BASES FOR REMOVAL

### A.    Federal Question Jurisdiction

1.      United States district courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1331.  This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States.

2.      The general rule is that a case meets the "arising under" standard if it is apparent that federal law creates the plaintiff's cause of action from the face of the complaint.  *See Empire HealthChoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 701 (2006); *Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Trust for So. Cal.*, 463 U.S. 1, 27-28 (1983).

3.      Plaintiff's Complaint alleges violations of federal statutes—namely, the FCRA and the FDCPA.  *See* Exhibit 1.  Plaintiff's action therefore arises under federal law.

4.      Accordingly, this Court has federal question jurisdiction over Plaintiff's FCRA and FDCPA claims.

## III.   ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

1.      28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant,

---

[1] Plaintiff also alleges Gila violated "FTC code Pub. L. 108 and 159," which is a 2003 amendment to the FCRA. (Complaint.)

1027034\304911836.v1

through service or otherwise, of a copy of the initial pleading …"  28 U.S.C. § 1446(b).

2.     This action was commenced in the Superior Court for the State of California, County of Los Angeles, on November 13, 2019.  Gila was served on December 6, 2019.  A copy of the Notice of Service of Process from Gila's registered agent is attached hereto as Exhibit 2.  Removal of this action is timely as this notice is being filed within thirty days of Gila being served with the Complaint.

3.     Additionally, venue properly lies in the Central District of California because the Los Angeles County Superior Court where Plaintiff commenced this action is located within this Court's jurisdiction.

4.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to Plaintiff following the filing of this Notice of Removal, and will be promptly filed with the clerk of the Los Angeles County Superior Court.

## IV.     CONCLUSION

WHEREFORE, Gila hereby removes this action from the Superior Court for the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

DATED:  January 3, 2020_____          HINSHAW & CULBERTSON LLP


By:  *s/Dennis N. Lueck, Jr.*
          DENNIS N. LUECK, JR.
          Attorneys for Defendant GILA, LLC

1027034\304911836.v1