Dennis N. Lueck, Jr. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-8118
Facsimile: (415) 834-9020

Attorneys for Defendant GILA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTIE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GILA, LLC, a limited liability company,<br><br>　　　　Defendant. | Case No. 2:20-cv-00068 KLS<br>Superior Court of California –<br>County of Los Angeles<br>Case No.: 19STSC12619<br><br>(Honorable Karen L. Stevenson)<br><br>**ORDER GRANTING DISMISSAL**<br><br>Removal Filed:　1/3/20 |

TO THE COURT AND ALL PARTIES:

　　On January 8, 2020, Defendant Gila, LLC ("Gila") filed a Notice of State Court Dismissal and Request for Dismissal (Dkt. 6.0) and Declaration of Dennis N. Lueck, Jr. in support thereof (Dkt 6.1).  After notice from the Clerk regarding the assignment to a Magistrate Judge and neither party having consented to Magistrate Judge, Gila submits hereto its [Proposed] Order requesting the Court to enter a dismissal without prejudice.

1

[PROPOSED] ORDER GRANTING DISMISSAL – CASE NO.  2:20-CV-00068 KLS

# [PROPOSED] ORDER

The Court, having considered the Notice of State Court Dismissal and Request for Dismissal of Defendant Gila, LLC, ("Gila"), hereby Orders that this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 23, 2020

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS,
CHIEF U. S. DISTRICT JUDGE